# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **JOE IRVIN, on behalf of himself and others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-00242-LMM<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Bobby Dobbs, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to SONIC INDUSTRIES SERVICES, LLC in Cleveland County, OK on November 14, 2025 at 1:30 pm at 10300 Greenbriar Place, Oklahoma City, OK 73159 by leaving the following documents with Gary Parrish who as INTAKE_SPECIALIST at CSC is authorized by appointment or by law to receive service of process for SONIC INDUSTRIES SERVICES, LLC.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE
CLASS ACTION COMPLAINT, JURY DEMAND
CIVIL COVER SHEET

White Male, est. age 55-64, glasses: Y, Gray hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=35.3654416667,-97.545775
Photograph: See Exhibit 1

Total Cost: $99.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Cleveland County  ,
  OK    on   11/17/2025  .

/s/ *Bobby Dobbs*
_____
Signature
Bobby Dobbs
+1 (405) 473-5000



Exhibit 1a)