## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated, | Case No. 3:25-cv-00242-LMM |
| Plaintiff, | Hon. Leigh Martin May |
| v. | |
| **SONIC INDUSTRIES SERVICES, LLC**, | |
| Defendant. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Spencer M. Stephens, of the law firm Bradley Arant Boult Cummings LLP hereby enters his appearance as counsel of record for Defendant Sonic Industries Services, LLC ("Sonic") in the above-styled action. Bradley Arant Boult Cummings LLP, through the undersigned counsel, requests that copies of all pleadings, correspondence, and other papers in this matter be served upon Mr. Stephens, as counsel for Sonic, at the address shown below.

Respectfully submitted this 5th day of December, 2025.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Spencer M. Stephens*
Spencer M. Stephens
Georgia Bar No. 920774
Nancy H. Baughan
Georgia Bar No. 042575
Promenade Tower, Suite 2100
1230 Peachtree Street N.E.

Atlanta, Georgia 30309
Telephone: (404) 868-2702
Email: smstephens@bradley.com
nbaughan@bradley.com

*Counsel for Defendant Sonic Industries Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated, | Case No. 3:25-cv-00242-LMM |
| Plaintiff, | Hon. Leigh Martin May |
| v. | |
| **SONIC INDUSTRIES SERVICES, LLC**, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **NOTICE OF APPEARANCE** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the attorneys of record in this matter.

This 5th day of December, 2025.

/s/ *Spencer M. Stephens*
Spencer M. Stephens