# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Nancy H. Baughan, of the law firm Bradley Arant Boult Cummings LLP hereby enters her appearance as additional counsel of record for Defendant Sonic Industries Services, LLC ("Sonic") in the above-styled action. Bradley Arant Boult Cummings LLP, through the undersigned counsel, requests that copies of all pleadings, correspondence, and other papers in this matter be served upon Ms. Baughan and Mr. Stephens, as counsel for Sonic, at the address shown below.

Respectfully submitted this 5th day of December, 2025.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Nancy H. Baughan*
Nancy H. Baughan
Georgia Bar No. 042575
Spencer M. Stephens
Georgia Bar No. 920774
Promenade Tower, Suite 2100
1230 Peachtree Street N.E.

                              Atlanta, Georgia 30309
                              Telephone: (404) 868-2702
                              Email: nbaughan@bradley.com
                                        smstephens@bradley.com

*Counsel for Defendant Sonic Industries Services, LLC*

Case 3:25-cv-00242-LMM     Document 10     Filed 12/05/25     Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>      Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **NOTICE OF APPEARANCE** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the attorneys of record in this matter.

This 5th day of December, 2025.

                                                    */s/ Nancy H. Baughan*
                                                  Nancy H. Baughan