IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Sonic Industries Services, LLC respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1 as follows:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any publicly held corporation that owns 10% or more of the stock of a party:

   a. Plaintiff Joe Irvin (real person)

   b. Defendant Sonic Industries Services, LLC. Defendant's immediate parent company is Sonic LLC. Sonic Holding Company and Inspire Brands, Inc. are indirect parent companies

      c.      of Defendant. Defendant has no subsidiaries that are not wholly owned.

      d.      No publicly held corporation or company owns 10% or more of Defendant's stock.

2. The undersigned further certifies that no other person, association, firm, partnership, or corporation has either a financial interest or other interest which could be substantially affected by the outcome of this case. Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.    For Plaintiff:

        i.    Valerie Chinn (Georgia Bar No. 248468)

        ii.    Anthony I. Paronich (admitted *pro hac vice*)

    b.    For Defendant:

        i.    Nancy H. Baughan (Georgia Bar No. 042575)

        ii.    Spencer M. Stephens (Georgia Bar No. 920774)

        iii.    A. Paul Heeringa (*pro hac vice* pending)

Dated: December 5, 2025                    Respectfully submitted,

By: /s/ *Spencer M. Stephens*

**BRADLEY ARANT BOULT CUMMINGS LLP**
Nancy H. Baughan (Georgia Bar No. 042575)
Spencer M. Stephens (Georgia Bar No. 920774)
nbaughan@bradley.com
smstephens@bradley.com
Promenade Tower, Suite 2100
1230 Peachtree Street NE
Atlanta, GA 30309
(404) 868-2100
(404) 868-2010 (facsimile)

**MANATT, PHELPS & PHILLIPS, LLP**
A. Paul Heeringa (*pro hac vice pending*)
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Tel: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*
*Sonic Industries Services, LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that this document has been prepared in accordance with Local Rule 5.1(C).

Dated: December 5, 2025

Respectfully submitted,

*/s/ Spencer M. Stephens*
Spencer M. Stephens

*Counsel for Defendant Sonic Industries Services, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on December 5, 2025, which served the same electronically upon all counsel of record.

Dated: December 5, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Spencer M. Stephens*
　　　　　　　　　　　　　　　　　　Spencer M. Stephens

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Sonic Industries Services, LLC*