IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOE IRVIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 3:25-cv-00242-LMM |
| SONIC INDUSTRIES SERVICES, LLC, | : |
| Defendant. | : |

## ORDER

This case is before the Court on Defendant's motion to dismiss, Dkt. No. [12], and Plaintiff's amended complaint, Dkt. No. [14]. Defendant filed the motion to dismiss on December 5, 2025, and Plaintiff filed the amended complaint three days later. The Court therefore accepts the amended complaint as having been filed as a matter of right. See Fed. R. Civ. P. 15(a)(1)(A). Because the motion to dismiss the original complaint seeks dismissal of a complaint that has been superseded, the Court **DENIES** the motion to dismiss, Dkt. No. [12], **AS MOOT**.

**IT IS SO ORDERED** this 9th day of December, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**