IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Sonic Industries Services, LLC ("Sonic") respectfully requests that this Court grant a seven (7) day extension of time, through and including January 14, 2026, within which Sonic may file a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint. In support of this Motion, Sonic respectfully states as follows:

1. Plaintiff filed his original Complaint in this action on November 11, 2025. Dkt. #1.

2. On December 5, 2025, Sonic timely filed its Motion to Dismiss to Plaintiff's original Complaint. Dkt. #12.

3. On December 8, 2025, Plaintiff filed his First Amended Complaint. Dkt. #14. The next day, this Court entered an Order denying as moot Sonic's Motion to

1

Dismiss Plaintiff's original Complaint given Plaintiff's filing of the First Amended Complaint. Dkt. #15.

4. On December 19, 2025, Sonic timely filed its Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. #16. Plaintiff filed his response to that motion on December 24, 2025. Dkt. #17.

5. Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(C), Sonic's reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint is currently due to be filed on January 7, 2026.

6. Good cause exists for granting Defendants a seven (7) day extension of this deadline to accommodate counsels' pre-planned holiday travel and commitments.

7. This request for an extension of time is not being brought for purposes of delay and will not prejudice any of the parties' rights.

8. Counsel for Sonic has conferred in good faith with counsel for Plaintiff, who has indicated that Plaintiff does not oppose the requested relief.

WHEREFORE, Sonic respectfully requests a seven (7) day extension of time, through and including January 14, 2026, to file a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint.

Dated: December 30, 2025         Respectfully submitted,

By: /s/ *Spencer M. Stephens*
**BRADLEY ARANT BOULT CUMMINGS LLP**
Nancy H. Baughan (Georgia Bar No. 042575)
Spencer M. Stephens (Georgia Bar No. 920774)

nbaughan@bradley.com
smstephens@bradley.com
Promenade Tower, Suite 2100
1230 Peachtree Street NE
Atlanta, GA 30309
(404) 868-2100

**MANATT, PHELPS & PHILLIPS, LLP**
A. Paul Heeringa (admitted *pro hac vice*)
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Tel: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Sonic Industries Services, LLC*

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that this document has been prepared in accordance with Local Rule 5.1(C).

Dated: December 30, 2025　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Spencer M. Stephens*
　　　　　　　　　　　　　　　　　　Spencer M. Stephens

　　　　　　　　　　　　　　　　　　*Counsel for Sonic Industries Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>  Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on December 30, 2025, which served the same electronically upon all counsel of record.

Dated: December

Respectfully submitted,

*/s/ Spencer M. Stephens*
Spencer M. Stephens

*Counsel for Sonic Industries Services, LLC*