IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOE IRVIN**, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SONIC INDUSTRIES SERVICES, LLC**,<br><br>Defendant. | Case No. 3:25-cv-00242-LMM<br><br>Hon. Leigh Martin May |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Currently before the Court is the Unopposed Motion for Extension of Time for Defendant to File a Reply in Support of Its Motion to Dismiss Plaintiff's First Amended Complaint. Defendant requests a seven (7) day extension of time, through and including January 14, 2026, to file a reply in support of its currently pending Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff has indicated that he is not opposed to the requested extension.

Upon consideration, the Court is satisfied that good cause has been shown for the Unopposed Motion. Accordingly, the Unopposed Motion is **GRANTED**.

The deadline by which Defendant may file a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint is hereby extended by seven (7) days, through and including January 14, 2026.

2

**IT IS SO ORDERED**, this \_\_\_ day of December, 2025.

_____
Leigh Martin May
United States District Judge