**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

JOE IRVIN,

               Plaintiff,

vs.

SONIC INDUSTRIES SERVICES, LLC,

               Defendant.

CIVIL ACTION FILE

NO. 3:25-cv-00242-LMM

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Newnan, Georgia, this 21st day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/J. Brown
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 21, 2026
Kevin P. Weimer
Clerk of Court

By: s/J. Brown
      Deputy Clerk